AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Georgia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| ANDREW TYLER LANG | )    Case No. |
| | )          4:23-MJ-38 (MSH) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___approximately December of 2022___ in the county of ___Muscogee___ in the ___Middle___ District of ___Georgia___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2251 | Sexual exploitation of children |

This criminal complaint is based on these facts:

See complaint affidavit

☑ Continued on the attached sheet.

_____
/s/ Samuel Gwaltney
*Complainant's signature*

Samuel Gwaltney, S/A HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___02/24/2023___

_____
s/ Stephen Hyles
*Judge's signature*

City and state: ___Columbus, GA___

Hon. Stephen Hyles, U.S. Magistrate Judge
*Printed name and title*