**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

IN THE MATTER OF THE UNITED
STATES V. ANDREW TYLER LANG

**Case No. 4:23-MJ-38 (MSH)
FILED UNDER SEAL**

---

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Samuel Gwaltney, Special Agent, Homeland Security Investigations ("HSI"), Atlanta, Georgia, hereby depose and state the following under penalty of perjury:

1.     I submit this affidavit in support of a criminal complaint authorizing the arrest of Andrew Tyler LANG for violations of 18 U.S.C. § 2251 (certain activities relating to the exploitation of minors).

2.     I am a Special Agent with the Department of Homeland Security, United States Immigration and Customs Enforcement, Homeland Security Investigations (HSI), and have been so employed since July 2021. I am currently assigned to the Special Agent in Charge Atlanta Office, Child Exploitation and Cyber Investigations Group (CECIG). My responsibilities as a Special Agent include investigating crimes involving the sexual exploitation of minors, including, but not limited to, offenses involving travel in foreign commerce to engage in sexually explicit conduct with minors, and offenses involving the production, possession, and transportation of child pornography. Previously, I was employed by the United States Secret Service as a Special Agent in Norfolk, Virginia, from March 2018 until July 2021, and I investigated federal violations of fraud, identity theft, threats against the President and Vice President, and child exploitation.

3.     My formal training includes successfully completing the 12-week Criminal Investigator Training Program and the HSI basic training course at the Federal Law Enforcement

Training Center in Brunswick, Georgia.  I have received training in the investigation of child exploitation offenses, and I have conducted and assisted in several child exploitation investigations.  I have executed and assisted in the execution of several search warrants that have led to seizures of child pornography stored on computers and electronic devices.

4.    I have been involved in many child exploitation investigations and have assisted federal and state partners during their investigations.  As such, I have become familiar with ways that child pornography is shared, distributed, and/or produced, including the use of various social media websites (Facebook, Twitter, Kik, Snap Chat, Discord, etc.), "cloud" based storage, and peer-to-peer (P2P) networks.  Often, individuals involved in child exploitation will collect or store images and/or videos on various media devices they keep at their residences, or in offsite locations such as "cloud" based storage.  I have also become familiar with jargon or slang terms that people involved in child exploitation will use to discuss their activities.

5.    I have worked with agents involved in numerous investigations involving the sexual exploitation of children or the distribution, receipt, and possession of child pornography.  I have participated in searches of premises and assisted in gathering evidence pursuant to search warrants, including search warrants in multiple child pornography investigations.  I have participated in interviews of persons who possess and distribute child pornography.

**PROBABLE CAUSE**

6.    In December 2022, United Kingdom (UK) law enforcement conducted an operation of a UK male who poses online as a minor female to obtain Child Sexual Abuse Material (CSAM) and entice sexual abuse of minors.  The UK subject meets unknown users on live chat streaming sites and sextorts them utilizing the alias of "Emma Long."  "Emma Long" is depicted as a 17

year-old female utilizes an additional minor female to sexual abuse to encourage the unknown subjects to produce CSAM with a minor in their possession.

7.     UK law enforcement reviewed their subject's devices and located a video with the name "Zane Taylor Bishop N Son-2" which depicts an adult male sexually abusing a minor male. At the end of the video, a Skype chat between the UK subject and "Zane" appears which shows "Zane's" location in the United States.

8.     In an effort to identify "Zane Taylor Bishop," Facial Recognition Technology (FRT) was used in the video.  A review of one of the faces associated with a Facebook account registered to Andrew Tyler LANG.  LANG's profile photo depicts a wife and two minor male children.  In the same image, LANG's right arm is visible and depicts tattoos similar to those on the male's right arm in the video.  Additionally, additional photos on LANG's wife's Facebook page depicts LANG wearing a gray t-shirt with a buffalo on his chest.  The same t-shirt is visible on the male in the video.

9.     The following is a description of the video shared between "Emma Long" and LANG:

a.     File Name:  Zane Taylor Bishop N Son-2.m4v

b.     Image Description:   The video file is approximately 41:13 in length and depicts an adult male, wearing a gray t-shirt and a buffalo on the chest, and a black Patagonia baseball cap.  Lying down next to the adult male is a prepubescent male, approximately 2-5 years-old.  The adult male re-positions himself on the other side of the minor male.  While doing this, a "GOD" tattoo on the underside of the bicep is visible.  The adult exposes his penis and begins masturbating.  The adult male pans the camera over to the minor lying next to him.  The minor is naked from the waist down and wearing a t-shirt.  The adult male

attempts to separate the minor's legs but the minor resists.  The minor male is drinking from an infant bottle of milk while his hand is on his own penis.  The adult male continues to masturbate while he films the minor male.  The adult male then rolls the minor male over and uses his hand to spread the minor's buttocks to expose his anus and genitalia.  The adult male then places the minor's hand on the adult male's penis.  The minor then lies across the adult male's lap while the adult male masturbates.  The minor male then touches the tip of the adult male's penis with his finger and wipes his finger on his shirt.  In the corner of the video, a prepubescent female, approximately 5-7 years-old, is visible.  The video of the minor female shows a close up of the female's vagina and anus.

10.     On February 24, 2023, I viewed the video referenced above.  On the same day, law enforcement database queries of Andrew Tyler LANG showed driver's license information matching the adult male identified in the video referenced above.  The address listed on the driver's license query is 100 Grand Lane, Upatoi, GA.

11.     On the same day, United States Army Criminal Investigative Division (CID) queried Andrew Tyler LANG in a United States government databases detailing LANG's address as the 100 Grand Lane, Upatoi, GA.  CID also confirmed that LANG listed two minor males, ages 3 and 7 years old, living at the residence listed above.

12.     Open-source searches of tax records for Columbus Georgia Public Access Site depicted Andrew Tyler LANG as the owner of 100 Grand Lane, Upatoi, GA.

13.     Open-source search of Romina Leites Lang on Facebook depict numerous images of the interior of their residence, 100 Grand Lane, Upatoi, GA.  Décor inside the residence depicts two pieces of wood mounted on the wall, each approximately 4 feet long, 2 inches wide with white

lettering on them.  These two pieces of wood, match the background décor of the video that contains the Child Sexual Abuse Material with Andrew Tyler LANG.

14.    Based on the foregoing, there is probable cause to believe that, in the Middle District of Georgia, Andrew Tyler LANG did knowingly engage in the sexual exploitation of a minor, in violation of 18 U.S.C. § 2251 and related offenses.

Respectfully submitted,

_s/ Samuel Gwaltney_
Samuel Gwaltney
Special Agent, HSI

Subscribed and sworn to me by telephone in accordance with the requirements of Fed. R. Crim. P. 4.1 on February 24, 2023.

s/ Stephen Hyles
HONORABLE STEPHEN HYLES
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF GEORGIA