AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| United States of America | ) |
|---|---|
| v. | ) |
| ANDREW TYLER LANG | ) Case No. 4:23-MJ-38 (MSH) |
| | ) |
| | ) USMS # 46166-510 |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Andrew Tyler Lang,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

See complaint affidavit.

Date: 02/24/2023

s/ Stephen Hyles
*Issuing officer's signature*

City and state:   Columbus, GA

Hon. Stephen Hyles, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 2/24/2023, and the person was arrested on *(date)* 2/24/2023
at *(city and state)* Fort Benning, GA.

Date: 2/24/2023

*Arresting officer's signature*

Samuel Gwaltney, Special Agent
*Printed name and title*