# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 4:23-MJ-38-MSH |
| | : |
| ANDREW TYLER LANG | : |
| | : |

GOVERNMENT'S MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE

COMES NOW, the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and moves the Court pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to grant leave to the government to dismiss the complaint against the Defendant without prejudice. In support thereof, the government shows the following:

1.

On February 24, 2023, an arrest warrant was issued for the Defendant, an enlisted service member in the United States Army, following the filing of a criminal complaint and accompanying affidavit submitted by the government. Doc. 1 (entered on 02/27/23).

2.

The Defendant had his initial appearance on February 27, 2023, and the preliminary and detention hearings were scheduled for March 3, 2023, at 11 a.m. Doc. 5.

3.

The United States Army ("Army"), exercising its authority under the Memorandum of Understanding between the Departments of Justice and Defense, has

notified the U.S. Attorney's Office of its intention to initiate court-martial proceedings against the Defendant and take him into custody upon the granting of this motion.

4.

There being no compelling reason to conduct a parallel prosecution of the Defendant in civilian court for the same conduct, the government moves the Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to grant leave to dismiss the complaint against the Defendant without prejudice.

Respectfully submitted, this the 3rd day of March 2023.

                PETER D. LEARY
                UNITED STATES ATTORNEY

BY:   */s/ Crawford L. Seals*
        Assistant United States Attorney
        Georgia Bar No. 633010
        United States Attorney's Office
        Middle District of Georgia
        Post Office Box 2568
        Columbus, Georgia 31902
        Telephone: (706) 649-7700
        crawford.l.seals@usdoj.gov

        *Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I, Crawford Seals, Assistant United States Attorney, hereby certify that on March 3, 2023, I electronically filed the within and foregoing *Government's Motion to Dismiss Without Prejudice* with the Clerk of the Court using the CM/ECF system which will send notification to the Court and all counsel of record.

This 3rd day of March 2023.

                                            PETER D. LEARY
                                            UNITED STATES ATTORNEY

BY:   */s/ Crawford L. Seals*
          Assistant United States Attorney
          Georgia Bar No. 633010
          United States Attorney's Office
          Middle District of Georgia
          Post Office Box 2568
          Columbus, Georgia 31902
          Telephone: (706) 649-7700
          crawford.l.seals@usdoj.gov

          *Attorneys for the United States of America*